**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
DARRYL A. JOHNSON,

                     Plaintiff,

      -against-                                       25 **CIVIL** 2487 (LLS)

                                                    **<u>JUDGMENT</u>**

RIKERS ISLAND OBCC, et al.,

                    Defendants.
---------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 4, 2026, Plaintiff's complaint, filed *in forma pauperis* under 28 U.S.C. § 1915(a)(1), is dismissed; accordingly, the case is closed.

**Dated:** New York, New York

        January 9, 2026

                                       **TAMMI M. HELLWIG**

                                        **Clerk of Court**

               **BY:**              K. mango

                                        **Deputy Clerk**